## STATE OF CONNECTICUT *v.* SCOTT WINER

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 458 (AC 26554), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided June 3, 2009